# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY LEROY STRAETEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CV812 CDP |
| | ) | |
| DON ROPER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Before the Court is plaintiff's post-dismissal letter to the Court, as well as his motion for appointment of counsel.

Plaintiff filed this action on May 21, 2009, pursuant to 42 U.S.C. § 1983. In his complaint seeking monetary damages, plaintiff alleged, in a conclusory fashion, that some or all of the named defendants had assaulted him, or other inmates several times between January of 2007 and January of 2008. The Court dismissed plaintiff's case for failure to state a claim, on August 26, 2009.

In a letter, dated December 15, 2009, plaintiff informs the Court that he mailed his offender account statement in August of 2009, and he seeks reassurance that the Court, in fact, received the account statement. The Court received plaintiff's account statement on June 10, 2009, and it was not a factor in the dismissal of his case.

Additionally, plaintiff seeks appointment of counsel to pursue his "case/appeal." As plaintiff's case has been dismissed and his time for appeal has passed, the Court will deny plaintiff's request.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for appointment of counsel [Doc. #13] is **DENIED**.

Dated this 6th day of January, 2010.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE